# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                        CASE NO.  5:10cr52-RH

BOBBY GENE CLAGHORN,

        Defendant.

_____/

## ORDER TERMINATING SUPERVISED RELEASE

      The probation officer has submitted a memorandum recommending early termination of the defendant Bobby Gene Claghorn's supervised release.  The memorandum says the government does not oppose the request.

      I have considered the factors listed in 18 U.S.C. § 3553(a) and the criteria listed in Monograph 109 as approved by the Judicial Conference of the United States.  I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice.  *See* 18 U.S.C. § 3583(e)(1).  Accordingly,

      IT IS ORDERED:

Mr. Claghorn's term of supervised release is terminated as of September 4, 2015, at 8:54 a.m.

SO ORDERED on September 4, 2015.

s/Robert L. Hinkle<br>
United States District Judge

Case No.  5:10cr52-RH